IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEMETRUIS A. NELSON, | ) | |
| | ) | |
| Petitioner, | ) | 8:07cv86 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

In his Order on Initial Review entered on March 19, 2007 (filing no. 7), Magistrate Judge F. A. Gossett substituted Robert Houston as the respondent in this habeas corpus action and ordered the respondent to answer or otherwise respond, by April 30, 2007, to the Petition for Writ of Habeas Corpus filed by Demetruis A. Nelson. The respondent has not responded, and the deadline has expired by several weeks.

As this conduct is unusual, I will direct the Clerk of Court to transmit filing no. 7 to the respondent and to the Nebraska Attorney General's Office along with this Memorandum and Order and to mail those orders to the petitioner. The respondent shall have an additional thirty days from the date of this Memorandum and Order to respond by answer or motion to the Petition for Writ of Habeas Corpus. Thereafter, the petitioner shall have thirty days to reply to the respondent's answer or motion.

SO ORDERED.

DATED this 16th day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge